[No. 38502-0-I.    Division One.    June 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
NATHANIEL B. SIMON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-06018-0, Anthony P. Wartnik, J., entered
April 10, 1996. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman and Cox, JJ.

[No. 38660-3-I.    Division One.    June 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO
RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08550-1, Janice Niemi, J., entered May 6,
1996. *Dismissed* by unpublished per curiam opinion.

[No. 38949-1-I.    Division One.    June 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL
M. MARCHANT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-08007-5, Richard M. Ishikawa, J., entered
June 19, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39078-3-I.    Division One.    June 2, 1997.]

*In the Matter of the Estate of* BOK SON NIEMAN.

TO SUN GELTZ, *Appellant*, v. MISONI TOBEY,
*Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-4-00060-6, Stanley K. Bruhn, J., entered
April 1, 1996. *Reversed* by unpublished per curiam
opinion.